IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HECTOR MORALES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-11434-NMG |
| ) | |
| **FEDERAL EXPRESS CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Express Corporation ("FedEx"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules for the U.S. District Court for the District of Massachusetts, files its Motion for Summary Judgment ("Motion") as follows:

Plaintiff Hector Morales ("Morales"), a former FedEx courier, alleges he was subjected to discrimination based on his race (Hispanic) and retaliation for complaining to management about disparate treatment in violation of 42 U.S.C. § 1981 and M.G.L. c. 151, which led to the termination of his employment.

FedEx denies Morales' claims. The undisputed facts show FedEx had a legitimate, non-discriminatory, non-retaliatory reason for terminating Morales' employment. Morales had a history of disruptive behavior that caused him to be disciplined and eventually terminated from his employment with FedEx. Neither Morales' race nor any alleged complaints he made to management were factors in the decision to terminate his employment.

1

Additionally, Morales's § 1981 claim is time barred because he contractually agreed to bring any legal action against FedEx within 6 months from the date of the event forming the basis of the claim.

There is no genuine dispute as to any material facts and FedEx is entitled to judgment as a matter of law.  For the reasons set forth herein and in its contemporaneously filed Supporting Memorandum, FedEx's Motion should be **GRANTED**, all Morales's claims should be dismissed with prejudice, and FedEx should be granted such other relief as it may show itself entitled.

**DATED:** March 31, 2022

                Respectfully submitted,

                */s/ Charles V. Holmes*
                Charles V. Holmes (*Admitted Pro Hac Vice*)
                Brandon D. Pettes (*Admitted Pro Hac Vice*)
                FEDERAL EXPRESS CORPORATION
                3620 Hacks Cross Road
                Building B, Second Floor
                Memphis, TN  38125
                Telephone: 901.434.8485
                Facsimile: 901.457.6522
                charles.holmes@fedex.com
                brandon.pettes@fedex.com

                Lorenzo B. Cabantog (BBO# 692298)
                OGLETREE, DEAKINS, NNASH, SMOAK & STEWART, P.C.
                One Boston Place, Floor 35, Suite 3500
                Boston, MA 02108
                Telephone: 617.994.5700
                Facsimile: 617.994.5701
                lorenzo.cabantog@ogletree.com

                **COUNSEL FOR DEFENDANT**

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that, prior to making this motion, I conferred with counsel for Plaintiff by telephone on January 26, 2022, for the purposes of attempting to obtain his consent to this motion and/or to narrow the issues herein. Those efforts were unsuccessful.

*/s/Charles V. Holmes*
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, a copy of the foregoing was served via the Court's electronic system and via first-class mail upon:

Mitchell J. Notis
Law Offices of Mitchell J. Notis
27 Harvard Street
Brookline, MA 02445
mitchnotis@aol.com

Counsel for Plaintiff

*/s/Charles V. Holmes*
Counsel for Defendant

Doc #1573139